UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20 CR 275 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| DAWN R. BELLEVILLE, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on April 24, 2024, for a supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Dawn R. Belleville was present and represented by Assistant Federal Public Defender David Johnson. The United States was represented by Assistant United States Attorneys Joseph Walsh and Duncan Brown. The Pretrial Services and Probation Office was represented by Alexander Lucas. The court reporter was George Staiduhar. The defendant admitted to supervised release violations 1 through 5 as set forth on the open record at the Initial Appearance Hearing before Magistrate Judge Greenberg on March 29, 2024, who issued a Report and Recommendation, and again before this court. Violations 6 and 7 were dismissed.  For the reasons stated on the open record, the court adopts the Report and Recommendation of the Magistrate Judge, and  finds Defendant in violation of the terms of her supervised release.

IT IS ORDERED that Defendant's supervised release is revoked.  Defendant is hereby

committed to 6 months and 15 days custody of the Bureau of Prisons, with credit for time served.

No term of supervised release shall follow.  Defendant was advised of her right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 24, 2024